PER CURIAM.
DISMISSED. See Davidson v. State, 701 So.2d 123 (Fla. 5th DCA 1997); Lubinsky v. State, 683 So.2d 1192 (Fla. 5th DCA 1996); Oser v. State, 699 So.2d 844 (Fla. 4th DCA 1997); Lee v. State, 662 So.2d 731 (Fla. 2d DCA 1995); Bourjolly v. State, 623 So.2d 870 (Fla. 3d DCA 1993), rev. denied, 634 So.2d 622 (Fla.1994); Daniels v. State, 568 So.2d 63 (Fla. 1st DCA 1990).
DAUKSCH, W. SHARP and PETERSON, JJ., concur.